# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CARRIE ANDREWS                                                              PLAINTIFF

V.                              NO. 4:13CV00258 JTR

CAROLYN W. COLVIN,                                                         DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 15th DAY OF August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE